IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 3:22-CR-92 |
| | ) | JUDGE CRYTZER |
| ROGER GLENN BOLAND | ) | |

## SENTENCING MEMORANDUM

The Defendant, Mr. Roger Glenn Boland, asks this Honorable Court to consider the following facts, personal characteristics, and history in relation to the imposition of a sentence in his case. On January 6, 2023, Mr. Boland plead guilty to two counts of the above captioned Indictment, Production of Child Pornography, in violation of 18 U.S.C. § 2251(e) and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2). The Presentence Investigation Report (PSR) (Doc. 38) has been returned and calculates his advisory guideline range as life imprisonment in Zone D of the Sentencing Table. (*Id.* at ¶ 156). However, the statutorily authorized maximum sentences are less than the minimum of the applicable guideline range, therefore, the restricted guideline term of imprisonment is 600 months. *Id.* Mr. Boland requests that he be sentenced to an appropriate term of imprisonment, followed by a five (5) year term of Supervised Release.

**A. Procedural Posture**

On September 9, 2022, Mr. Boland was brought into federal custody upon the filing of a Criminal Complaint. (Doc. 1). That day, Mr. Boland was arraigned and the Federal Defender Services of Eastern Tennessee, Inc. (FDSET) was appointed. (Doc. 4). On September 21, 2022, the Grand Jury for the Eastern District of Tennessee, at Knoxville, filed the above-captioned five-

count Indictment against Mr. Boland, charging him with various violations of law regarding child pornography and child sexual exploitation. (Doc. 9). Shortly thereafter, on December 9, 2022, a Plea Agreement, Amended Plea Agreement, and Plea Agreement Supplement were filed on Mr. Boland's behalf. (Docs. 24-25, 27).

Mr. Boland plead guilty for his actions on January 6, 2023.

### B. History and Characteristics of the Defendant

Roger Glenn Boland was born on November 6, 1954, to Wilburn Maroney and Ruth Boland in Whitesville, Alabama. (PSR at ¶¶ 141-142). Mr. Boland lived primarily with his mother and his stepfather, Carl Lee, along with his five siblings. (*Id.* at 141). Though he provided to the presentence writer that he had a "good childhood," Mr. Boland's rearing was not ideal. *Id.*. As a young child, Mr. Boland lived in a two-room house, absent many modern amenities, in abject poverty. His mother and stepfather drank to excess. When the pair would imbibe, Mr. Boland became the target of their frustrations. Mr. Boland recalls being hit with cotton stocks and tree limbs, being forced to sit outside of the home for hours on end, and turning to alcohol at a young age. (*See id.* at 151). Mr. Boland's struggles continued throughout his schooling. Though he graduated from Boaz High School in 1973, Mr. Boland recalls that he began school at the age of 7, was in special education programs, and struggled to keep up with his peers. (*See id.* at 152).

Young Mr. Boland faced hardships outside of his home. He became a victim of sexual abuse as a young teenager. (*Id.* at 143). In order to financially aid his family, Mr. Boland began working at a pizza restaurant. *Id.* The restaurant was a lengthy distance from his home. Mr. Boland recalls that his mother would often give him a ride to work, but he would be forced to walk home. On these long walks, Mr. Boland came into contact with seemingly good Samaritans

who would offer him a ride. Unbeknownst to young Boland, these good Samaritans were anything but good. The men would often provide him with alcohol and rape him before dropping young Boland home. *Id.*

As an adult, Mr. Boland has faced a number of health conditions. (*Id.* at ¶¶ 147-149). Mr. Boland, now sixty-eight, has battled cancer on three occasions. *Id.* During his incarceration, Mr. Boland has noticed a new growth in his neck, and fears that the cancer has returned. In addition, Mr. Boland suffers from a serious heart condition, diabetes, mobility, and struggles with memory. *Id.* While in custody, Mr. Boland has been without necessary medical treatment; including insulin injections and oxygen treatment. *Id.* During his term of imprisonment, Mr. Boland hopes to be placed in a Bureau of Prisons medical facility, preferably FMC Butner, so that his medical needs can be properly addressed.

Mr. Boland quickly accepted responsibility for his actions and recognizes the harm he has caused. For that, he is incredibly remorseful.

### C. Conclusion

Based on the foregoing, Mr. Boland requests that he be sentenced to an appropriate term of imprisonment, followed by a five (5) year term of Supervised Release as it is sufficient but not greater than necessary to achieve the sentencing purposes set forth in 18 U.S.C. § 3553(a). Mr. Boland is unlikely to outlive his sentence, a term of supervision in excess of five years would be unnecessary. Such a sentence would properly address Mr. Boland's history and characteristics, the nature and circumstances of the crime he committed, and the need for just punishment.

Respectfully submitted this 6th day of June, 2023:

>FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.
>
>BY: s/Nakeisha C. Jackson
>
>Nakeisha C. Jackson
>TN Bar No.: 034290
>Federal Defender Services
>800 S. Gay St.
>Suite 2400
>Knoxville, TN 37929
>(865) 637-7979